UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ERIKA DAVIES, as the Personal Representative of THE ESTATE OF TONY DAVIES, deceased,<br><br>    Plaintiff<br><br>v.<br><br>MARK LELAND and AMAZON.COM, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 22-cv-00124<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Amazon.com, Inc. ("Amazon") removes this action from the Superior Court of Ripley County, Indiana, to the United States District Court for the Southern District of Indiana, New Albany Division. Diversity jurisdiction exists because there is complete diversity and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**I. INTRODUCTION**

1. This lawsuit involves allegations of fatal injuries caused by a motor vehicle accident which occurred on July 15, 2022 on Spades Road in Sunman, IN. *See* Ex. A, Complaint for Damages at ¶¶ 9-11. Plaintiff Erika Davies ("Plaintiff"), as the personal representative of the Estate of Tony Davies, alleges that Leland negligently failed to yield to Tony Davies' vehicle when Leland was backing out of a driveway and Tony Davies was traveling northbound on Spades Road, causing Tony Davies to lose control of his vehicle and get into a fatal collision. *See Id.* at ¶¶ 2, 9-

11. Plaintiff alleges that Leland was "acting within the scope and course of [his] contract and/or employment" with Amazon at the time of the incident. *See Id.* at ¶ 5.

2. Plaintiff filed this civil action on August 26, 2022, in the Superior Court for the County of Ripley, State of Indiana, Case No. 69C01-2208-CT-000015.

## II. THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

3. This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332 had Plaintiff filed this action initially in federal court. Plaintiff is not a citizen of the same states as Leland and Amazon, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. Complete diversity exists

4. Plaintiff Erika Davies resides in Desert Hot Springs, California and is therefore a citizen of California.

5. Defendant Mark Leland resides in West Carrollton, Ohio and is therefore a citizen of Ohio.

6. Defendant Amazon.com, Inc. is a corporation existing under the laws of the State of Delaware with its principal place of business in the State of Washington. For diversity purposes, Amazon.com, Inc. is a citizen of Delaware and Washington. 28 U.S.C. § 1332(c)(1).

### B. The amount in controversy exceeds $75,000

7. Here, Plaintiff is seeking relief for wrongful death under a theory of negligence. *See generally* Complaint, Ex. A. The Complaint alleges "Plaintiff [Tony Davies] was fatally harmed, and sustained losses and related damages." *See* Ex. A, at ¶ 16.

8. Plaintiff does not assert a specific value for her claims on the face of the Complaint; however, on September 15, 2022, Plaintiff's counsel confirmed in writing that Plaintiff's claims involve an amount in controversy in excess of $75,000, exclusive of interest and costs.

9. By the statements contained in this Notice of Removal, Leland and Amazon do not concede that Plaintiff is entitled to any damages.

### III. ALL SERVED DEFENDANTS CONSENT TO REMOVAL

10. Leland and Amazon are the only defendants named and served in this action and both consent to removal.

### IV. THIS FILING IS TIMELY

11. Plaintiff served Amazon on September 1, 2022 via certified mail. Amazon filed this Notice of Removal within thirty (30) days after service of the initial pleading and summons. Removal of this action is therefore timely. *See* 28 U.S.C. § 1446(b)(2).

### V. VENUE OF REMOVED ACTION

12. The Southern District of Indiana is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

### VI. NOTICE TO THE STATE COURT

13. A copy of this Notice of Removal is being served on all parties and filed with the Superior Court for the County of Ripley, where this case was originally filed.

### VII. PLEADINGS IN THE STATE COURT ACTION

14. A true and correct copy of the Case Summary from the Superior Court for the County of Ripley for this case is attached as <u>Exhibit B</u>.

275656383v.1

**VIII.  NON-WAIVER OF DEFENSES**

15. Amazon expressly reserves all of its defenses.  By removing the action to this Court, Amazon does not waive any rights or defenses available under federal or state law.  Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

16. Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, Defendant Amazon.com, Inc. hereby removes the above-entitled case to the United States District Court for the Southern District of Indiana, and seeks resolution by this Court of all issues raised herein.

DATED:  September 26, 2022

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Philip G. Rizzo*
Edward A. DeVries, Bar No. 30316-45
Philip G. Rizzo, Bar No. 34170-49
*Edward.DeVries@wilsonelser.com*
*Philip.Rizzo@wilsonelser.com*

Attorneys for Defendant Amazon.com, Inc.

## CERTIFICATE OF SERVICE

      I certify that on September 26, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also served on the following parties via email to their counsel.

Jennifer Risser
HENSLEY LEGAL GROUP, PC
jrisser@hirehensley.com

Timothy B. Spille
REMINGER CO., L.P.A.
tspille@reminger.com

                                                        */s/ Philip G. Rizzo*
                                                        Philip G. Rizzo